1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL THOMAS CHEEK,                      1:23-cv-00326-JLT-HBK (PC)

12              Plaintiff,

                                                 ORDER GRANTING APPLICATION
13         v.                                    TO PROCEED *IN FORMA PAUPERIS*

14    CLENDENIN, et al.
                                                 (Doc. No. 2)
15              Defendants.

16

17

18         Plaintiff, a civil detainee at Coalinga State Hospital, filed a pro se civil rights complaint on

19    February 28, 2023.  (Doc. No. 1).  Plaintiff filed declaration in support of his application to

20    proceed in this action *in forma pauperis.* (Doc. No. 2).  The declaration satisfies the requirements

21    under § 1915.  As a civil detainee, Plaintiff is not a prisoner and is not subject to payment of the

22    filing fee under § 1915(a)(2).  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

23         Accordingly, it is hereby **ORDERED**:

24         Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED.**

25    Dated:    May 2, 2023

26                                               HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE
27

28