UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS CHEEK,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE CLENDENIN, Executive Director, Dep't of State Hospitals, et al.,<br><br>Defendants. | Case No. 1:23-cv-00326-JLT-HBK<br><br>CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No. 11) |

On June 1, 2023, the Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c). (Doc. No. 11, "Notice"). The Notice, signed and dated by Plaintiff on May 18, 2023, directs this action to be dismissed "in its entirety." (*Id*.). The Notice follows the Court's May 15, 2023, Screening Order. (Doc. No. 10). Because no defendant has been served and no answer nor motion for summary judgment has been filed, Plaintiff may voluntarily dismiss this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Because the Notice is silent as to whether Plaintiff voluntarily dismisses the action with, or without prejudice, the Court construes the dismissal to be without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

///

ACCORDINGLY:

The Clerk of Court is directed to vacate all deadlines and CLOSE this case to reflect Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  June 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2